# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EVAN ANDARIESE

Plaintiffs

v.

BLOCK, INC. and

CASH APP INVESTING, LLC,

Defendants.

Case No. CV 25-9083

CIVIL ACTION COMPLAINT

DEMAND FOR JURY TRIAL

FILED
OCT 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT FOR A CIVIL CASE**

I, Evan Andriese prosecuting this action Sua sponte duly authorized to represent the above action pursuant to 28 U.S. Code § 1654. Hereby affirms the following to be true under penalty of perjury under the laws of the State of California. I Evan Andariese understand than this document may be filed in an action or proceeding in a court of law.

1

# INTRODUCTION

1. This Civil Action brought by Plaintiffs Evan Andariese against Defendants Block, Inc. and Cash App Investing, LLC, Notice ID CHA101917707 of class action suit Confirmation code 6976E77BVA7P.

2. Defendants for their failure to exercise reasonable care in securing and safeguarding consumer information in connection with a massive December 2021 Data Breach.

3. A former employee who had access to the private information belonging Cash App Investing Downloaded data without Defendants authorization.

4. Cash App Investing is a stock trading platform by Block

5. Block Trading platform was in possession of the Defendants during the time of data breach consumer information is now vulnerable to hackers to gain access to the plaintiff account.

6. Plaintiffs allege that Defendants engaged in unlawful practices that caused harm to Plaintiffs.

# JURISDICTION AND VENUE

7. This Court has jurisdiction over this action pursuant 28 U.S.C § 1332 (a) Because the matter and controversy exceed the value of $75,000.

8. This Court has personal jurisdiction since Defendant Block is headquartered in California and Defendants solicit customers and transact business in California.

Plaintiffs are also informed and believe, and thereon allege, that acts and omissions giving rise to this action occurred in California.

9. Venue is proper in this District pursuant 28 U.S.C. § 1391(b)(1) because Defendant Block resides within this district and acts and omissions giving rise to this action occurred within this District.

## PARTIES

10. Plaintiff Evan Andariese is a resident of Tampa Florida.

    Defendant Block, Inc. is a corporation organized under the laws of Delaware with its principal place of business in Oakland, California.

11. Defendant Cash App Investing, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in Oakland, California.

## FACTUAL ALLEGATIONS

12. Plaintiffs Evan Andariese used the services provided by Defendants Block, Inc. and Cash App Investing, LLC for financial transactions and investments.

13. Plaintiffs Evan Andariese Became aware January 10th, 2022, of unauthorized ATM withdraws and Cash App card transaction Brokage and Investments account being liquidated.

14. Plaintiffs Evan Andariese Contacted Defendant Block Inc and Cash App Investing LLC to inform them of the Unauthorized Transaction.

15. Defendant Block Inc and Cash app LLC Sought out no remedy on the behalf of the Plaintiffs other than a prompt will respond later with no later response.

3

16. Plaintiff January 27, 2022, contacted defendant Block Inc and Cash app LLC, to inform them that the Plaintiff was contacted by the bank that his account was hack due to a link financial service account, Defendants customer service left plaintiff with will respond later with no later update.

17. Defendant Block Inc and Cash App Investing LLC were aware of the data Breach December 10, 2021, A Former cash app employee accessed and downloaded reports and personal brokerage account.

18. Defendant had a duty by Law to inform the plaintiff of the data breach.

19. Plaintiffs sensitive and private information is indeed commercially valuable not limited to sentimental value, and a definite form of currency in which itself is a necessary function to manifest generational wealth not limited to employment, car loans, home loans, in the United States District In which is a priceless artifact, and nevertheless key component for operating in the public.

14. Defendants represented that their services were secure, reliable, and in compliance with all applicable laws and regulations. Bank Secrecy Act (BSA), Anti-Money Laundering (AML)

20. Despite these representations, Defendants engaged in practices that were deceptive, unfair, and harmful to Plaintiffs. Defendants violated California Unfair Competition Law (UCL) Prof. Code § 17200

21. Specifically, Defendants failed to adequately safeguard the personal and financial information of Plaintiffs, resulting in unauthorized access and misuse of their information.

22. Plaintiffs suffered financial losses, emotional distress, and other damages as a result of Defendants' actions.

23. Defendants were aware of the risks associated with their practices but failed to take appropriate measures to protect Plaintiffs.

24. At all relevant times, Defendants were a business under the terms of the CRA operating in the State of California and owning or licensing computerized data that included Private Information of Plaintiffs.

25. Defendants allowing unauthorized access to customers personal and financial information and then failing to inform Plaintiffs when the unauthorized use occurred.

26. Defendants' duty to inform their customers of unauthorized access expeditiously and without unreasonable delay pursuant Section Civil Code 1798.82 requires disclosure "shall be made in the most expedient time possible and without unreasonable delay".

27. Plaintiff Evan Andariese sent Notice of Exclusion from settlement to pursue independent complaint before Block Inc and Cash App opt out deadline.

28. Plaintiffs relied on Defendants' representations and were harmed as a result.

## CIVIL ACTION ALLEGATIONS

Plaintiffs bring this action as a civil action pursuant to

**Misrepresentation of Service Security:**

5

29. **Federal Trade Commission Act (FTC Act)**: This act prohibits unfair or deceptive acts or practices in commerce. It is enforced by the Federal Trade Commission (FTC). 15 U.S.C § 45

30. **California Consumer Privacy Act (CCPA)**: This law grants California residents new rights regarding their personal information and imposes various data protection duties on certain entities conducting business in California.

### Failure to Protect Information:

31. **Gramm-Leach-Bliley Act (GLBA)**: This act requires financial institutions to explain their information-sharing practices to their customers and to safeguard sensitive data.

32. **Electronic Fund Transfer Act (EFTA)**: This act provides rights and liabilities for consumers and financial institutions in electronic fund transfers.

### Awareness of Risks:

33. **Consumer Financial Protection Act (CFPA)**: This act established the Consumer Financial Protection Bureau (CFPB) and provides for the regulation of consumer financial products and services.

34. **California Unfair Competition Law (UCL)**: This law prohibits unlawful, unfair, or fraudulent business acts or practices and includes any act prohibited by the Federal Trade Commission Act.

## CAUSES OF ACTION

35. **Breach of Contract**: Defendants breached their contractual agreements with Plaintiffs by failing to provide secure and reliable services.

36. **Negligence**: Defendants failed to exercise reasonable care in safeguarding the personal and financial information of Plaintiffs.

37. **Fraud**: Defendants made false representations and concealed material facts regarding the security and reliability of their services.

38. **Unjust Enrichment**: Defendants were unjustly enriched at the expense of Plaintiffs.

39. **Violation of Consumer Protection Laws**: Defendants engaged in unfair and deceptive practices in violation of the Federal Trade Commission Act (FTC Act), the California Consumer Privacy Act (CCPA), and other relevant statutes.

40. **Breach of Fiduciary Duty**: Defendants breached their fiduciary duty to Plaintiffs by failing to act in their best interests.

41. **Conversion**: Defendants wrongfully took or retained the personal and financial information of Plaintiffs.

42. **Violation of Securities Laws**: Defendants engaged in securities fraud and other violations of securities laws.

43. **Invasion of Privacy**: Defendants unlawfully intruded into the private affairs of Plaintiffs.

44. **Intentional Infliction of Emotional Distress**: Defendants' conduct was extreme and outrageous, causing severe emotional distress to Plaintiffs.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, pray for relief as follows:

A. Compensatory damages in an amount $100,000 or to be determined at trial.

B. Punitive damages in an amount to be determined at trial.

C. Restitution and disgorgement of all profits obtained by Defendants as a result of their unlawful conduct.

D. Injunctive relief to prevent Defendants from engaging in further unlawful conduct.

E. Any other relief the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury on all issues so triable.

*/s/ Evan Andariese*
EVAN ANDARIESE
105 Carey St Unit B Plant City
Florida 33563
Andariese1@gmail.com
(813)320-7536

Notary Public State of Florida
Lisa M Kyle
My Commission HH 282920
Expires 7/7/2026