| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|
| PLAINTIFF<br>Evan Andariese | COURT CASE NUMBER<br>3:25-cv-09083-AGT |
| DEFENDANT<br>Block, Inc. et al | TYPE OF PROCESS<br>See Special Instructions |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Cash App Investing, LLC |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>1955 Broadway, Suite 600, Oakland, CA 94612 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Evan Andariese<br>105 Carey St., Unit B<br>Plant City, FL 33563 | Number of process to be served with this Form 285: 3 |
| | Number of parties to be served in this case: 2 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

1. Summons
2. Operative Complaint
3. Order of Service

FILED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 408-535-5328
DATE: 11/13/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 3
District of Origin No.: 11
District to Serve No.: 11
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 11/18/25

[X] I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served *(if not shown above)*:
Date: 12/18/25
Time: 9:00 [X] am [ ] pm
Address *(complete only different than shown above)*:
Signature of U.S. Marshal or Deputy: [signature]

Costs shown on *attached USMS Cost Sheet* >>

REMARKS:
Service denied at above address. Provided QR code for Electronic Service. 11/19/2025 at 2:07 pm
CONFIRMATION # REFERENCE-
SQ20251200S2546848vewob
Sop@Squareup.com

# of DUSMs: 1
# of hours for all DUSMs: 1
# of round trip miles for all vehicles: 23

RECEIVED
NOV 18, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Evan Andariese | 3:25-cv-09083-AGT |
| DEFENDANT | TYPE OF PROCESS |
| Block, Inc. et al | See Special Instructions |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Block, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1955 Broadway, Suite 600, Oakland, CA 94612

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Evan Andariese
105 Carey St., Unit B
Plant City, FL 33563

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

1. Summons
2. Operative Complaint
3. Order of Service

FILED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 408-535-5328
DATE: 11/13/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 3
District of Origin No.: 11
District to Serve No.: 11

Signature of Authorized USMS Deputy or Clerk
Date: 11/18/25

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 12/18/25
Time: 9:00 [X] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**
Service denied at above address. Provided QR code for electronic service. 11/19/2025 at 2:07 pm
CONFIRMATION # REFERENCE-
SQ20251120051648407J6RQF
sop@squareup.com

# of DUSMs: 1
# of hours for all DUSMs: 1
# of round trip miles for all vehicles: 23

RECEIVED
NOV 18, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA

Form USM-285
Rev. 03/21