

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

January 12, 2026

RE:  Andariese v. Block, Inc.
     3:25-cv-09083-AGT

Default is declined as to Block, Inc., Cash App Investing, LLC on January 12, 2026.

          Mark B. Busby, Clerk of Court

          by:  D. Miyashiro
          Case Systems Administrator

*REV. 7-19*