UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVAN ANDARIESE,

　　　　　Plaintiff,

　　v.

BLOCK, INC., et al.,

　　　　　Defendants.

Case No. 25-cv-09083-SK

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

Regarding Docket No. 13

　　　　Plaintiff filed a request to enter default and a motion for default judgment. (Dkt. Nos. 11, 13.)  Plaintiff's request to enter default was denied.  (Dkt. No. 17.)  Because no default has been entered, the Court DENIES the motion for default judgment.

　　　　**IT IS SO ORDERED**.

Dated: January 26, 2026

_____
SALLIE KIM
United States Magistrate Judge